1  Karen-Denise Lee (State Bar No.131318)
   LAW OFFICE OF KAREN-DENISE LEE
2  3400 West Clark Avenue, Suite A
   Burbank, California 91505
3  Telephone: 818/843-2622
   Facsimile: 818/474-7084
4

5  Attorney for Plaintiff,
   Clarendon America Insurance Company
6

7
                    UNITED STATES DISTRICT COURT
8
            EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION
9

10 CLARENDON AMERICA INSURANCE      )  CASE NO. : 1:08-CV-01667-AWI-DLB
   COMPANY,                         )
11                                  )
                  Plaintiff,        )
12                                  )  **REQUEST TO APPEAR
            v.                      )  TELEPHONICALLY AT MANDATORY
13                                  )  SCHEDULING CONFERENCE**
   PROBUILDERS SPECIALTY INSURANCE  )
14 COMPANY, RRG fka BUILDERS &      )  **Date: January 6, 2009**
   CONTRACTORS INSURANCE COMPANY,   )  **Time: 9:15 a.m.**
15 and Does 1 through 10 inclusive  )
                                    )  **Courtroom: #9 (6th Floor)**
16                Defendants.       )  **Dennis L. Beck**
                                    )  **U.S. Magistrate Judge**
17 PROBUILDERS SPECIALTY INSURANCE  )
   COMPANY RRG, a Risk Retention Group, )
18                                  )
                Third Party Plaintiff, )
19                                  )
            v.                      )
20                                  )
   TERRY TUELL CONCRETE, INC, and   )
21 DOES 1 through 50, inclusive,    )
                                    )
22              Third Party Defendant. )
                                    )
23

24 ////

25 ////

26 ////

27 ////

28 ////

                                    1

Request to Appear Telephonically at Mandatory Scheduling Conference

1   PERMISSION IS HEREBY requested for counsel for Plaintiff, Clarendon America Insurance
2   Company to appear telephonically at the January 6, 2009, Mandatory Scheduling Conference.
3   Counsel's office is located in Burbank, California, approximately 210 miles from the courthouse.

Dated: December 19, 2008                    LAW OFFICE OF KAREN-DENISE LEE

                                            By: *Karen-Denise Lee*
                                                Karen-Denise Lee
                                                Attorney for Plaintiff
                                                Clarendon America Insurance Company

IT IS SO ORDERED.

**Dated:   December 23, 2008**                    **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE

2