**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLARENDON AMERICA INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, a Risk Retention Group; and DOES 1 through 20, inclusive,<br><br>    Defendants.<br>_____<br>PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, a Risk Retention Group,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>TERRY TUELL CONCRETE, INC., and DOES 1 through 50, inclusive,<br><br>    Third-Party Defendants.<br>_____ | NO. 1:08-CV-01667-AWI-DLB<br><br>ORDER VACATING JANUARY 12, 2009 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

   Third-Party Defendant's motion to dismiss has been set for hearing in this case on January 12, 2009.  The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY

1  ORDERED that the previously set hearing date of January 12, 2009, is VACATED, and the
2  parties shall not appear at that time.  As of January 12, 2009, the court will take the matter under
3  submission, and will thereafter issue its decision.

6  IT IS SO ORDERED.

7  **Dated:   January 6, 2009**          /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE

daw                                        2