**JOHN H. PODESTA, ESQ. [SBN 154706]**
**BRANSON, BRINKOP, GRIFFITH & STRONG, LLP**
643 Bair Island Road, Suite 400
Redwood City, California 94063
Telephone: (650) 365-7710
Facsimile: (650) 365-7981

Attorneys for Defendant
**PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CLARENDON AMERICA INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PROBUILDERS SPECIALTY INSURANCE COMPANY RRG, a Risk Retention Group; and DOES 1 through 20, inclusive,<br><br>Defendants. | **CASE NO.: 1:08−CV−01667−AWI−DLB**<br><br>**STIPULATION AND ORDER TO MOVE HEARING DATE OF PROBUILDERS SPECIALTY INSURANCE COMPANY RRG'S MOTION TO STRIKE CLARENDON AMERICA INSURANCE COMPANY'S EXPERT REPORT AND EXCLUDE TESTIMONY AND EXTEND EXPERT DEPOSITION DATE**<br><br>JUDGE: Hon. Dennis L. Beck, U.S. Magistrate Judge |

IT IS HEREBY STIPULATED by and between Plaintiff CLARENDON AMERICA INSURANCE COMPANY ("Clarendon") and PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, ("ProBuilders") that the date of the hearing for ProBuilders' Motion to Strike Clarendon's Expert Report and Exclude Testimony ("the motion") be moved from March 5, 2010 to March 26, 2010. The time, department and judge remain the same.

/ / /

1

**STIPULATION AND [PROPOSED] ORDER TO MOVE HEARING DATE OF PROBUILDERS' MOTION TO STRIKE CLARENDON'S EXPERT REPORT AND EXCLUDE TESTIMONY AND EXTEND EXPERT DEPOSITION DATE**

CASE NO.: 1:08−CV−01667−AWI−DLB

ProBuilders and Clarendon further stipulate that should the Court deny ProBuilders' motion, Clarendon will have available for deposition Clarendon's expert witness within two weeks of such possible denial.

**IT IS SO STIPULATED.**

Dated: February _5_, 2010     **BRANSON, BRINKOP, GRIFFITH & STRONG, LLP**

By ___/s/   John H. Podesta_____
  **JOHN H. PODESTA**
  Attorneys for Defendant
  **PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG**

Dated: February _5_, 2010     **LAW OFFICES OF KAREN-DENISE LEE**

By ___/s/   Karen-Denise Lee_____
  **KAREN-DENISE LEE**
  Attorneys for Plaintiff
  **CLARENDON AMERICA INSURANCE COMPANY**

**ORDER**

**THE COURT HAS RECEIVED AND REVIEWED THE ABOVE STIPULATION AND HEREBY ORDERS:**

The hearing on PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG's Motion to Strike Clarendon America Insurance Company's Expert Report and Exclude Testimony is hereby moved from March 5, 2010 to March 26, 2010 at 9:00 a.m. in Courtroom 9 before Honorable Dennis L. Beck, U.S. Magistrate Judge.

2

**STIPULATION AND [PROPOSED] ORDER TO MOVE HEARING DATE OF PROBUILDERS' MOTION TO STRIKE CLARENDON'S EXPERT REPORT AND EXCLUDE TESTIMONY AND EXTEND EXPERT DEPOSITION DATE**     CASE NO.: 1:08−CV−01667−AWI−DLB

**IT IS FURTHER ORDERED** that the time to take any deposition of Clarendon's expert, if necessary, notwithstanding any scheduling order to the contrary, is extended for fourteen (14) days from the date that the order on ProBuilders Specialty Insurance Company's Motion is served electronically by the court.

IT IS SO ORDERED.

Dated: **February 8, 2010**  /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE

3
STIPULATION AND [PROPOSED] ORDER TO MOVE HEARING DATE OF PROBUILDERS' MOTION TO STRIKE CLARENDON'S EXPERT REPORT AND EXCLUDE TESTIMONY AND EXTEND EXPERT DEPOSITION DATE

CASE NO.: 1:08−CV−01667−AWI−DLB